OPINION — AG — ** WATER RESOURCES FUND — INVESTMENT CERTIFICATES ** 82 O.S. 1085.41 [82-1085.41], PERMITTING THE WATER RESOURCES BOARD TO USE MONIES IN THE "STATEWIDE WATER DEVELOPMENT REVOLVING FUND" AS COLLATERAL AND SECURITY FOR INVESTMENT CERTIFICATES ISSUED BY THE BOARD, IS CONSTITUTIONAL. (PUBLIC FUNDS, PLEDGE TO STATE CREDIT, COLLATERAL, STATE, WATER RESOURCES FUND) CITE: 82 O.S. 1085.31 [82-1085.31], 82 O.S. 1086.1 [82-1086.1] 82 O.S. 1039 [82-1039], 82 O.S. 1085.1 [82-1085.1], 82 O.S. 1085.32 [82-1085.32], 82 O.S. 1085.33 [82-1085.33], 82 O.S. 1085.36 [82-1085.36], 82 O.S. 1085.37 [82-1085.37] 82 O.S. 1085.40 [82-1085.40], 82 O.S. 1085.41 [82-1085.41] ARTICLE VIII, SECTION 2, ARTICLE X, SECTION 14, ARTICLE X, SECTION 15, ARTICLE X, SECTION 23 (WATER STORAGE AND CONTROL FACILITIES ACT) (GEORGE R. BARR JR) ** OVERRULED BY: REHERMAN V. OKLAHOMA WATER RESOURCES BOARD,679 P.2d 1296 (1984) **